**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CARLA M. BOYD, | : | No. 492 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION | : | |
| BOARD OF REVIEW, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.